UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL ANDULA,

        Plaintiff,

  v.

PINNACLE ASSET MANAGEMENT, INC.,

        Defendant.
_____

Civil Action No. 14-CV-300

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 12/23/2015                               DATED: 12/23/2015

/s/ Seth J. Andrews_____          /s/ Cindy D. Salvo_____
Seth J. Andrews, Esq.                             Cindy D. Salvo
Law Offices of Kenneth Hiller                 The Salvo Law Firm, P.C.
*Attorneys for Plaintiff*                              *Attorneys for Defendant*
6000 North Bailey Avenue, Suite 1A       185 Fairfield Avenue, Suite 3C/3D
Amherst, New York 14226                     West Caldwell, NJ 07006
Phone: (716) 564-3288                           973-226-2220